IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRYAN KEEFE GOGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:13cv119-TMH |
| ) | |
| LEE COUNTY DETENTION ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On March 6, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 5). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

    1. Plaintiff's claims against the Lee County Detention Center are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(I);

    2. The Lee County Detention Center is DISMISSED as a party to this complaint; and

    3. This case with respect to the remaining defendants be referred back to the Magistrate Judge for additional proceedings.

    Done this 22nd day of April, 2013.

    /s/ Truman M. Hobbs
    TRUMAN M. HOBBS
    SENIOR UNITED STATES DISTRICT JUDGE