IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRYAN KEEFE GOGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:13-CV-119-TMH |
| ) | [WO] |
| JAY JONES (SHERIFF), *et al.*, ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This 42 U.S.C. § 1983 action was filed by Plaintiff on February 25, 2013. At the time he filed this suit, Plaintiff was incarcerated at the Lee County Detention Center located in Opelika, Alabama. On March 6, 2013, the court entered an order of procedure. Plaintiff's copy of this order was returned to the court on March 18, 2013, marked as undeliverable because he was no longer at the address he provided to the court when he filed the captioned action.

All parties have an affirmative duty to inform the court of any change of address during the pendency of their cases. Accordingly, the court entered an order on March 19, 2013 directing Plaintiff to provide the court with his present address on or before March 29, 2013. (*Doc. No. 7*.) Plaintiff was cautioned that his failure to comply with the court's March 19 order would result in a recommendation that this case be dismissed. (*Id.*) Plaintiff's copy of the court's March 19 order was returned to the court on April 1, 2013, marked as undeliverable. As it appears clear that Plaintiff is no longer residing at the most recent

address he provided to the court and that he has not provided this court with a new address for service, the undersigned concludes that dismissal of the complaint is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

It is further

ORDERED that on or before **June 11, 2013,** Plaintiff may file an objection to the Recommendation. Any objection filed must specifically identify the findings in the Magistrate Judge's Recommendation to which Plaintiff objects. Frivolous, conclusive or general objections will not be considered by the District Court. Plaintiff is advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 28th day of May, 2013.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE